

_____
**ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br><br>SAMUEL BURROW JR. AND<br>ARMINTIA C. BURROW<br>               (Debtors) | Case no. 09-25987-JFS<br><br>Chapter 7 |
| ESSEX BANK, successor in interest to<br>Suburban Federal Savings Bank<br>2120 Baldwin Avenue<br>Crofton, MD 21114<br>               <u>(Movant)</u><br><br>vs.<br>SAMUEL BURROW JR. and<br>ARMINTIA C. BURROW<br>               Debtors / Respondents | |

<u>ORDER MODIFYING AUTOMATIC STAY</u>

      The Motion of Essex Bank for relief from automatic stay and the opposition

thereto having been read and considered by the United States Bankruptcy Court for the

District of Maryland, and after a hearing before this Court, it is hereby

ORDERED, that the stay of 11 U.S.C. Section 362(a), is hereby MODIFIED as to permit the conclusion of appellate proceedings before the Court of Special Appeals of Maryland in the case titled Stephen P Henne and Stephen B. Jackson v. Samuel Burrow Jr. and Defendants (September Term, 2008, Case No. 2094); and it is

FURTHER ORDERED, that this Order shall have no impact on the Stay of Eviction currently in effect in the foreclosure proceedings in Civil Action 13-C-07-70585 in the Circuit Court for Howard County, Maryland or on any other stay entered by any other court.

Cc:
Armintia Burrow
11600 West Winchester Lane
Ellicott City, MD 21042

Samuel Burrow, Jr.
11600 West Winchester Lane
Ellicott City, MD 21042

Edward C. Christman, Esq.
Christman & Fascetta, LLC
810 Gleneagles Court, Suite 301
Towson, MD 21286
fascetta@bankruptcymd.com

George W. Liebmann, Trustee
Liebmann & Shively, P.A.
8 W. Hamilton Street
Baltimore, MD 21201
gliebmann@lspa.comcastbiz.net

J Michael Broumas, Esquire
8370 Court Avenue, Suite 203
Ellicott City, MD 21043
michael@broumas.com

Orbie R. Shively, Esquire
8 West Hamilton Street
Baltimore, MD 21201

oshively@lspa.comcastbiz.net

Stephen B. Jackson, Esquire
18310 Montgomery Village Avenue
Suite 400
Gaithersburg, Maryland 20879
sjackson@heise-law.com

END OF ORDER