To the Honorable Judge Snyder

In reference to our lawsuit against Suburban Federal Savings Bank, we ask that the trustees in our bankruptcy (Liebmann and Shievely) do not interfere. We have paid our attorney (in the lawsuit) $15,000.00 and, if we win or go to settlement, he is due to receive an additional 33%. If upon winning our lawsuit we are prepared and determined to pay any creditors that we may owe. We've tried to reach the trustees several times through our bankruptcy attorney Michael Broumas. However, our efforts were to no avail. We wanted to also relate to them that the Federal Bureau of Investigation (FBI) office in Baltimore is now involved and is actively investigating the matter (complaints against Suburban Federal Savings Bank). We ask that our request be granted by the U.S Bankruptcy Court and the trustees in our case. Thank you in advance.

Sincerely,

Samuel and Armintia Burrow

Cc
The office of Liebmann and Shievely

FILED  2010 FEB 26 PM 3:02  U.S. BANKRUPTCY COURT DISTRICT OF MARYLAND